Sedita, J.—Summary Judgment.) Present—Balio, J. P., Lawton, Doerr, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES SCHMIDT, Appellant, v CARL S. SMITH, as Superintendent of Marcy Correctional Facility, Respondent. [610 NYS2d 923] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Habeas Corpus.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID TIRKO, Appellant. [610 NYS2d 923] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Doyle, Jr., J.—Attempted Burglary, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAYE J. JOHNSON, Appellant. (Appeal No. 1.) [612 NYS2d 986] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Drury, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAYE J. JOHNSON, Appellant. (Appeal No. 2.) [612 NYS2d 986] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Drury, J.—Robbery, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM ST. GERMAIN, Appellant, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [609 NYS2d 461] —Judgment unanimously affirmed. Memorandum: Supreme Court properly dismissed the habeas corpus petition because the issue raised, the voluntariness of relator's guilty plea, either was or could have been raised on direct appeal from the judgment of conviction or in a motion pursuant to CPL article 440 *(see, People ex rel. Van Patten v Walker,* 174 AD2d 1058; *People ex rel. Lamberty v Kuhlmann,* 165 AD2d 922). More-